IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SALVATORE P. CORDOVANO

    Plaintiff,

v.                                                CASE NO. 4:14-cv-8-MW/CAS

DEPARTMENT OF CORRECTIONS,

    Defendant.

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 6, filed January 23, 2014. Upon consideration, no objections having been filed,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.

The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §19195(e)(2). The Clerk shall note on the docket this cause

is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii)." The Clerk shall close the file.

**SO ORDERED on February 24, 2014.**

**s/Mark E. Walker**
**United States District Judge**
